**EXHIBIT A**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DIVISION, FIRST DISTRICT

| | | |
|---|---|---|
| UNIFUND CCR, LLC | ) Case No. | **15 M 1   1 0 9 3 9 9** |
| | ) | |
| | ) Contract | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) Amount Claimed $23,803.62 | |
| | ) Plus costs | |
| JANE BISHOP LILLEGARD | ) | |
| | ) Return Date: __**MAY 2 8 2015**__ | |
| Defendant(s) | ) | |

## VERIFIED COMPLAINT AT LAW

NOW COMES the Plaintiff, UNIFUND CCR, LLC, by and through its attorneys, ADLER & ASSOCIATES, LTD., and for its complaint against the Defendant(s), JANE BISHOP LILLEGARD, (hereinafter referred to as Defendant) alleges and states as follows:

1.  On information and belief, the Defendant(s) utilized a certain credit card/revolving charge (open end consumer credit) account and/or line of credit issued directly by or in the name of CITIBANK, NA.

2.  In exchange for good and valuable consideration, complete title and ownership of the claim passed from CITIBANK, NA, the originator of the account, to PILOT RECEIVABLES MANAGEMENT, LLC, and then to Plaintiff, who is now the bona fide owner of the account.

3.  On information and belief, Defendant(s) subsequently defaulted by failing to pay for the indebtedness incurred on said account since the date of issuance and, after accounting for payments made, there remains an unpaid and past due balance in the sum of $23,803.62.

4.  Demand for payment has been made upon the Defendant(s) but Defendant(s) has/have failed or refused to pay said remaining balance.

WHEREFORE, Plaintiff, UNIFUND CCR, LLC, prays judgment be entered in its favor and against the Defendant(s), JANE BISHOP LILLEGARD, in the amount of $23,803.62, plus costs.

ADLER & ASSOCIATES, LTD.

BY:_____
For the Firm

ADLER & ASSOCIATES, LTD., #00512
ATTORNEYS FOR PLAINTIFF
25 E. WASHINGTON, #1221
CHICAGO, IL 60602
312 726-1814
H29202

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein to be stated on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

UNIFUND CCR, LLC

By:

Print Name: Jessica Bergholz

Title: Legal Liaison

Adler & Associates, Ltd.,#00512
25 E. Washington #1221
Chicago, IL  60602
(312) 726-1814
H29202
JANE BISHOP LILLEGARD

MI2120-Served    2220-Not Served    2620-Sec. of State
2121 - Alias Served 2221 - Alias Not Served 2621 - Alias Sec. of State
Summons (This form replaces CCM 0646, CCM1 0646, CCM1 0651, CCMD 0648, and CCMD 0649-2 thru 6) (10/06/09) CCM N649

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DIVISION, FIRST DISTRICT

**15M1    109399**

| | |
|---|---|
| Name all Parties<br>UNIFUND CCR, LLC<br><br><br>Plaintiff<br>vs.<br><br>JANE BISHOP LILLEGARD<br><br><br>Defendant(s)<br>**JANE BISHOP LILLEGARD**<br>2020 W ROSCOE ST FL 2ND<br>CHICAGO IL 60618<br>      Address of Defendant(s) | No.<br>Amount Claimed $23,803.62<br>Plus costs<br><br>Appearance Filing/Return Date:___**MAY 2 8 2015**<br><br>Status Date:_____<br><br>Trial Date:_____<br><br>Time:_____ Room:_____ |

### SUMMONS

To each defendant:
    YOU ARE SUMMONED and required:

1. To file your WRITTEN appearance by yourself or through your attorney and pay the required fee in: **FIRST DISTRICT**
  X District 1: Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
  ___ District 2: 5600 Old Orchard Rd., Rm 136; Skokie, IL 60077 ___ District 5: 10220 S. 76th Ave.,Rm 121; Bridgeview, IL 60455
  ___ District 4: 1500 Maybrook Dr., Rm 236; Maywood, IL 60153
**MAY 2 8 2015**
on_____ between the hours of 08:30 a.m. and 2:30p.m.;

___ District 3: 2121 Euclid, Rm 121; Rolling Meadows, IL 60008 ___ District 6: 16501 S. Kedzie Pkwy., Rm 119; Markham, IL 60428

on _____ before 9:00a.m.

2. To file your answer to the complaint in Room 602 as required by Par. 3(c) in the Notice to Defendant below.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

To the officer:
This summons must be returned by the officer or the person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day of appearance.

Atty. No.: 00512
Name: ADLER & ASSOC., LTD.
Atty. for: Plaintiff
25 E. Washington #1221
City/State/Zip: Chicago, IL 60602
H29202

WITNESS,_____ APR 27 2015
DOROTHY BROWN_____ 20___

SEE REVERSE SIDE

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

# EXHIBIT B

EXHIBIT B

Appearance and Jury Demand*                                    (Rev. 01/20/15) CCG N009

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Municipal _____ DEPARTMENT/ First _____ DISTRICT

| | |
|---|---|
| UNIFUND CCR LLC | **No.** 15 M1 109399 |
| | **Claimed $:** $23,803.62 |
| **Plaintiff** | **Return Date:** _____ |
| v. | **Court Date:** _____ |
| | **Room No.:** _____ |
| JANE BISHOPLILLEGARD | |
| **Defendant** | **Address of Court District for Filing** |

### APPEARANCE AND JURY DEMAND*

☑ General Appearance    ☑ 0900 - Fee Paid      ☐ 0909 - No Fee
                    ☐ 0904 - Fee Waived    ☐ 0908 - Trial Lawyers Appearance - No Fee

☐ Jury Demand*      ☐ 1900 - Appearance and Jury Demand/Fee Paid
                   ☐ 1909 - Appearance and Jury Demand/No Fee Paid

The undersigned enters the appearance of:    ☐ Plaintiff    ☑ Defendant
     Jane Bishoplillegard

                       (Insert Litigant's Name)

                                            Signature

☑ Initial Counsel of Record   ☐ Pro Se (Self-represented)   2810 ☐ Rule 707 Out-of-State Counsel (pro hac vice)
☐ Additional Appearance    ☐ Substitute Appearance

☑ Atty. No.: 44017        ☐ Pro se 99500

Name: Mario Kris Kasalo

Atty. for: Defendant

Address: 20 North Clark Street, Suite 3100

City/State/Zip Code: Chicago, IL 60602

Telephone: 312-726-6160
Service via email from the opposing party/Counsel will
be accepted at:
mario.kasalo@kasalolaw.com

by consent pursuant to Ill. Sup. Court Rules 11 and
131.

> **Important**
>
> *Once this Appearance form is filed, photocopies of this form must be sent to all other parties named in this case (or to their attorneys) using either regular mail, facsimile transmission (fax) or personal delivery. (See Illinois Supreme Court Rules 11 and 13 for more information.)*

<u>Pro Se Only:</u> ☐ I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address: _____

*Strike demand for trial by jury if not applicable.

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

                                       Attorney for   ☐ Plaintiff   ☒ Defendant

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

**EXHIBIT C**

EXHIBIT C

Law Offices

# Blatt, Hasenmiller, Leibsker & Moore, LLC

10 S LaSalle St Suite 2200 * Chicago, IL 60603-1069
Phone 866-269-9861 * Fax 312-277-3809

July 6, 2016

Jane Bishop Lillegard
2020 W Roscoe St Fl 2Nd
Chicago IL 60618

PAYMENTS NOW ACCEPTED ONLINE
Visit us at
https://www.bhlmlaw.com/pay

| | |
|---|---|
| **REFERENCE #:** | 4061434 |
| **CURRNET CREDITOR:** | Unifund CCR Partners |
| **ORIGINAL CREDITOR:** | CITIBANK, NA |
| **CUSTOMER:** | Jane Bishop Lillegard |
| **ACCOUNT #:** | XXXXXXXXXXXX2882 |
| **AMOUNT DUE:** | $23803.62 |

Dear Jane Bishop Lillegard:

Please be advised that the above-referenced account, which was previously with Adler & Associates, has been transferred to this office. The information provided to us indicates that, as of this date, the amount due listed above is currently due and owing. Should your records reflect a different balance, please contact our office and advise.

Demand is hereby made upon you for payment of the amount due. If you cannot make remittance of the total amount due, but wish to make partial payment and discuss payment terms, call this office with your proposal. You are hereby advised that this is an attempt to collect a debt, and that this firm is acting pursuant to the Fair Debt Collection Practice Act, 15 U.S.C. Sec. 1692 et seq.; any information obtained will be used for this purpose.

If you do not dispute the validity of this debt, or any portion thereof, within 30 days after the receipt of this letter, we will assume it is valid. If you dispute the validity of this debt, or any portion thereof, in writing, within 30 days after the receipt of this letter we will mail verification of the debt, or a copy of a judgment, if applicable, to you. We will also provide you with the name and address of the original creditor, if different from the current Creditor, if you request the same from us, in writing, within 30 days of receipt of this letter.

Thank You,


Blatt, Hasenmiller, Leibsker & Moore, LLC


**THIS IS A COMMUNICATION FROM A DEBT COLLECTOR AND THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

LTR - DB - IDLPP

| Illinois | Indiana | Michigan | Arizona | Pennsylvania |
|---|---|---|---|---|