```
                                                                1

 1                 IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   JANE BISHOP LILLEGARD,           )  Docket No. 16 C 8075
     individually and on behalf       )
 4   of a class,                      )
                                      )
 5                   Plaintiff,       )
                                      )
 6           v.                       )  Chicago, Illinois
                                      )  March 9, 2017
 7   BLATT, HASENMILLER, LEIBSKER &   )  9:00 o'clock a.m.
     MOORE, LLC.; and                 )
 8   UNIFUND CCR, LLC.,               )
                                      )
 9                   Defendants.      )

10            TRANSCRIPT OF PROCEEDINGS - STATUS, MOTION
                  BEFORE THE HONORABLE JOHN Z. LEE
11
     APPEARANCES:
12
     For Defendant Blatt            HINSHAW & CULBERTSON LLP, by
13   Hasenmiller:                   MR. JOHN PAUL RYAN
                                    222 North LaSalle Street
14                                  Suite 300
                                    Chicago, Illinois 60601
15
     For Defendant Unifund:         SWANSON, MARTIN & BELL, LLP, by
16                                  MS. EMILY JEAN FITZGERALD
                                    330 North Wabash
17                                  Suite 3300
                                    Chicago, Illinois 60611
18

19

20

21              ALEXANDRA ROTH, CSR, RPR
                   Official Court Reporter
22               219 South Dearborn Street
                        Room 1224
23               Chicago, Illinois 60604
                     (312) 408-5038
24

25
```

1     (Proceedings had in open court:)

2         THE CLERK:  16 C 8075, Bishop Lillegard versus Blatt,
3  Hasenmiller, Leibsker & Moore.

4         MR. RYAN:  Good morning, your Honor.  John Ryan on
5  behalf of defendant Blatt, Hasenmiller.

6         MS. FITZGERALD:  Good morning, your Honor.  Emily
7  Fitzgerald on behalf of defendant Unifund.

8         THE COURT:  Do you anticipate anyone appearing on
9  behalf of plaintiffs?

10        MR. RYAN:  I would presume so, your Honor.  We can
11 kick it for a few minutes, see if he arrives.  I can go out in
12 the hallway and try to call him, if you like.

13        THE COURT:  Why don't you go ahead and do that.  We
14 will pass it.  Thank you.

15        MS. FITZGERALD:  Thank you.

16   (Other matters heard before this Court, after which the
17     following further proceedings were had herein:)

18        THE CLERK:  Recall of case 16 C 8075, Bishop Lillegard
19 versus Blatt, Hasenmiller, Leibsker & Moore.

20        MS. FITZGERALD:  Good morning, your Honor.  Again
21 Emily Fitzgerald for defendant Unifund.

22        MR. RYAN:  Good morning, your Honor.  Jack Ryan on
23 behalf of defendant Blatt, Hasenmiller.

24        THE COURT:  So, Mr. Ryan, why did it take Blatt so
25 long to file this motion?

1   MR. RYAN: Your Honor, it's a joint motion. But we
2  were trying to resolve the case. And we exchanged discovery in
3  January. We still tried to resolve the case. And that's when
4  we filed the motion to compel arbitration.
5   THE COURT: I know. But if you knew that there was an
6  arbitration provision out there, why not file it as soon as the
7  lawsuit was filed basically?
8   MR. RYAN: Because we believed that we had a potential
9  defense. But we didn't actually find it until we started
10 digging with our clients and investigating more, getting the
11 terms and conditions. And, your Honor, the case of BG Group,
12 Supreme Court case, if you are going to the issue of waiver,
13 that's decided by the arbitrator in BG Group.
14  THE COURT: And is there a -- the arbitration
15 agreement is so difficult to read. It's so small. The print
16 is so small.
17  Is there a delegation provision in the arbitration
18 agreement? Including claims regarding the application
19 enforceability, interpretation of this agreement and this
20 arbitration clause.
21  Have you heard any response from the plaintiffs?
22  MR. RYAN: Your Honor, I tried. I called my assistant
23 to call the number that he has listed on his appearance on
24 Pacer. In calling that number, I got a voicemail. It said the
25 voicemail box was full. I then tried the other, who's the

```
 1  other counsel, who's not lead counsel, Mr. Harrer.  I got his
 2  voicemail.  I didn't leave a message for Mr. Harrer because
 3  Mr. Kasalo is I believe lead counsel.
 4           THE COURT:  Okay.
 5           MR. RYAN:  We are scheduled for a settlement
 6  conferences in this case.
 7           THE COURT:  When?
 8           MR. RYAN:  May 1.
 9           THE COURT:  Seems to me that I should address this
10  before then.  I am going to enter an order -- for the record,
11  plaintiff is not here -- an order for plaintiff to file a brief
12  for show cause as to why the motion to compel arbitration
13  should not be granted.  I am going to give plaintiff until
14  March 23, 14 days, to file that response, and then set this
15  case for further status the week of April 10.
16           THE CLERK:  April 12 at 9:00 o'clock.
17           MR. RYAN:  That's fine, your Honor.
18           THE COURT:  Thank you.
19           MR. RYAN:  Thank you, your Honor.
20           MS. FITZGERALD:  Thank you, your Honor.
21      (Which were all the proceedings heard in this case.)
22
23
24
25
```

5

1        CERTIFICATE

2        I HEREBY CERTIFY that the foregoing is a true, correct

3   and complete transcript of the proceedings had at the hearing

4   of the aforementioned cause on the day and date hereof.

5

6    /s/Alexandra Roth                          3/14/2017
    _____      _____
7    Official Court Reporter                    Date
     U.S. District Court
8    Northern District of Illinois
     Eastern Division